DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

STEVEN HELLER and LAWRENCE LYNCH,

Appellants/Cross-Appellees,

v.

STANLEY SIGISMUND and CAROLE SIGISMUND,

Appellees/Cross-Appellants.

No. 2D22-2238

————————————————

September 1, 2023

Appeal from the Circuit Court for Hillsborough County; Jennifer Gabbard, Judge.

Joshua I. Gornitsky of Searles & Gornitsky, PLLC, Fort Lauderdale, for Appellants/Cross-Appellees.

Chris W. Altenbernd of Banker Lopez Gassler P.A., Tampa; and Anthony J. Cuva and David A. Hayes of Turkel Cuva Barrios, P.A., Tampa, for Appellees/Cross Appellants.

PER CURIAM.

    Affirmed. The cross-appeal is dismissed as moot.

CASANUEVA, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.